1
2
3                    UNITED STATES DISTRICT COURT
4                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
5                              SAN JOSE DIVISION
6
7
8   AUGUSTIN MARTINEZ,                    Case Number CV-07-2710-JF
            Plaintiff,
9   V.                                    Case Management Conference

10  AC LUMBER,                             August 31, 2007
            Defendant.
11                                         CLERK'S NOTICE
    _____
12
13  To all Parties and Attorneys of Record:
14  The Case Management Conference set on August 24, 2007 is continued to August 31, 2007
15  at 10:30 a.m. before Judge Jeremy Fogel.  Please report at that time to courtroom 3 on the
16  5th floor of the U.S. District Court, 280 S. First St., San Jose, California.
17
18  August 15, 2007                        For the Court
                                           Richard W. Wieking, Clerk
19
20                                         By:___/s/_____
                                           Diana Munz
21                                         Courtroom Deputy Clerk
22
23
24
25
26
27
28