

**County Legal & Notary Service**
255 North Market Street, Suite 246
San Jose, CA 95110
(408) 295-2700    Fax (408) 295-4520

**SERVICE REPORT/INVOICE**

PLEASE REMIT WITH INVOICE NUMBER.

Invoice Date:  7/27/07

| | |
|---|---|
| Inv #: JP74426 | Case No.: C 07-02710 JF PVT |
| SP#: | Court: U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE |
| Client Code: DA72 | Plaintiff: AUGUSTIN MARTINEZ, ET AL. |
| DAL BON & WANG | |
| 12 SOUTH FIRST STREET, SUITE 613 | Defendant: AC LUMBER, ET AL. |
| SAN JOSE, CA 95113 | |
| Attn: YESSI | |
| Atty: JAMES DAL BON, ESQ. | Ref. No.: NONE SPECIFIED |

DOCUMENT(S): AMENDED SUMMONS IN A CIVIL CASE; AMENDED COMPLAINT FOR DAMAGES; PLAINTIFF DEMANDS JURY TRIAL; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CIVIL COVER SHEET; SUMMONS; COMPLAINT; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES; STANDING ORDER RE: INITIAL CASE MANAGEMENT; DISTRICT COURT GUIDELINES; CRIMINAL AND CIVIL LAW AND MOTION/TRIAL/SETTLEMENT/CASE MANAGEMENT/DISMISSAL HEARING SCHEDULE; GENERAL ORDER NO. 40; NOTICE OF ELECTRONIC AVAILABILITY OF CASE FILE INFORMATION; ECF REGISTRATION INFORMATION HANDOUT; GENERAL ORDER NO. 45; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE;

REPORT: Pick up: AT CLIENT'S OFFICE; ; Service on: AC LUMBER, (B): 1471 INDUSTRIAL AVENUE, SAN JOSE, CA 95112 ** 06/12/2007 @ 4:00PM - WE RECEIVED THE REQUEST FROM THE CLIENT VIA TELEPHONE. PER THE CLIENT, THE DOCUMENTS ARE READY TO BE PICKED UP.; 06/12/2007 @ 4:55PM - WE PICKED UP THE DOCUMENTS FROM THE CLIENT'S OFFICE.; 06/15/2007 @ 12:20PM (B) - WE ATTEMPTED SERVICE AT THE ADDRESS PROVIDED BY THE CLIENT OF 1505 INDUSTRIAL AVENUE, SAN JOSE, CA 95112. THE SUBJECT BUSINESS IS NOT LOCATED AT THIS ADDRESS. THERE IS A STORAGE BUILDING LOCATED AT THIS ADDRESS AND NO BUSINESS OFFICE. THERE IS NO SIGN THAT INDICATES THAT THIS LOCATION IS ASSOCIATED WITH AC LUMBER.; 06/18/2007 @ 11:17AM - WE LEFT A MESSAGE WITH THE CLIENT'S ANSWERING SERVICE REQUESTING FURTHER INSTRUCTION ON HOW TO PROCEED WITH SERVICE.; 06/19/2007 @ 9:50AM - YESSI WAS STATUSED VIA TELEPHONE.; 06/26/2007 @ 11:19AM - WE LEFT A MESSAGE WITH THE CLIENT'S ANSWERING SERVICE REQUESTING FURTHER INSTRUCTION ON HOW TO PROCEED WITH SERVICE.; 07/24/2007 @ 12:45PM - TELEPHONE CONFERENCE WITH MR. DAL BON. PER

| FEES AND COSTS: | 1 | PICK UP (NO CHARGE) | 0.00 |
|---|---|---|---|
| | 1 | SPECIAL SERVICE OF PROCESS - SAN JOSE, CA (ADDRESS #1) | 42.00 |
| | 1 | SPECIAL SERVICE OF PROCESS - SAN JOSE, CA (ADDRESS #2) | 42.00 |

DUE AND PAYABLE UPON RECEIPT        **Invoice Total:**        $84.00

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO: | FOR COURT USE ONLY |
|---|---|---|
| JAMES DAL BON, ESQ.<br>DAL BON & WANG<br>12 SOUTH FIRST STREET, SUITE 613<br>SAN JOSE, CA 95113 | (408) 292-1040 | |
| ATTORNEY FOR (NAME): Plaintiff | | |
| Insert name of court and name of judicial district and branch court, if any:<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE | | |
| Plaintiff:<br>AUGUSTIN MARTINEZ, ET AL. | | |
| Defendant:<br>AC LUMBER, ET AL. | | |
| REFERENCE NO.:<br>60774426 | **NOT FOUND OR NON SERVICE RETURN** | CASE NUMBER:<br>C 07-02710 JF PVT |

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action. I received the following documents:

AMENDED SUMMONS IN A CIVIL CASE; AMENDED COMPLAINT FOR DAMAGES; PLAINTIFF DEMANDS JURY TRIAL; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CIVIL COVER SHEET; SUMMONS; COMPLAINT; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES; STANDING ORDER RE: INITIAL CASE MANAGEMENT; DISTRICT COURT GUIDELINES; CRIMINAL AND

After due search, careful inquiry and diligent attempts at the following address(es) I have been unable to effect service of said process upon:

**AC LUMBER**

Residence address (H): UNKNOWN
Business address  (B): 1471 INDUSTRIAL AVENUE, SAN JOSE, CA 95112

Process is being returned without service for the following reason(s):
06/12/2007 @ 4:00PM - WE RECEIVED THE REQUEST FROM THE CLIENT VIA TELEPHONE. PER THE CLIENT, THE DOCUMENTS ARE READY TO BE PICKED UP.
06/12/2007 @ 4:55PM - WE PICKED UP THE DOCUMENTS FROM THE CLIENT'S OFFICE.
06/15/2007 @ 12:20PM (B) - WE ATTEMPTED SERVICE AT THE ADDRESS PROVIDED BY THE CLIENT AT 1505 INDUSTRIAL AVENUE, SAN JOSE, CA 95112. THE SUBJECT BUSINESS IS NOT LOCATED AT THIS ADDRESS. THERE IS A STORAGE BUILDING LOCATED AT THIS ADDRESS AND NO BUSINESS OFFICE. THERE IS NO SIGN THAT INDICATES THAT THIS LOCATION IS ASSOCIATED WITH AC LUMBER.
06/15/2007 @ 11:17AM - WE LEFT A MESSAGE WITH THE CLIENT'S ANSWERING SERVICE REQUESTING FURTHER INSTRUCTION ON HOW TO PROCEED WITH SERVICE.
06/19/2007 @ 9:50AM - YESSI WAS STATUSED VIA TELEPHONE.
06/26/2007 @ 11:19AM - WE LEFT A MESSAGE WITH THE CLIENT'S ANSWERING SERVICE REQUESTING FURTHER INSTRUCTION ON HOW TO PROCEED WITH SERVICE.
07/24/2007 @ 12:45PM - TELEPHONE CONFERENCE WITH MR. DAL BON. PER MR. DALBON, ATTEMPT SERVICE AT 1471 INDUSTRIAL AVENUE, SAN JOSE, CA 95112.
07/25/2007 @ 12:50PM (B) - WE ATTEMPTED SERVICE. AAAMECA CONSTRUCTION IS LOCATED AT THIS ADDRESS. THE SUBJECT BUSINESS IS UNKNOWN AT THIS ADDRESS.
07/25/2007 @ 2:40PM - WE LEFT A MESSAGE WITH THE CLIENT'S ANSWERING SERVICE REQUESTING FURTHER INSTRUCTION ON HOW TO PROCEED WITH SERVICE.
07/27/2007 @ 2:30PM - PER MR. DAL BON, CANCEL SERVICE AND RETURN A DECLARATION OF DILIGENCE.

Declarant:
DAVID NORIEGA

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700

Fee :
Registered California process server.
(1) Employee or independent contractor.
(2) Registration no.: 1028
(3) County: SANTA CLARA

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 27, 2007                 Signature: _____



**County Legal & Notary Service**
255 North Market Street, Suite 246
San Jose, CA 95110
(408) 295-2700    Fax (408) 295-4520

**SERVICE REPORT/INVOICE**

PLEASE REMIT WITH INVOICE NUMBER.

Invoice Date:  7/27/07

| | |
|---|---|
| Inv #:  JP74427 | Case No.: C 07-02710 JF PVT |
| SP#: | Court : U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE |
| Client Code: DA72 | Plaintiff : AUGUSTIN MARTINEZ, ET AL. |
| DAL BON & WANG
12 SOUTH FIRST STREET, SUITE 613
SAN JOSE, CA 95113
Attn: YESSI | Defendant : AC LUMBER, ET AL. |
| Atty: JAMES DAL BON, ESQ. | Ref. No.: NONE SPECIFIED |

DOCUMENT(S): AMENDED SUMMONS IN A CIVIL CASE; AMENDED COMPLAINT FOR DAMAGES; PLAINTIFF DEMANDS JURY TRIAL; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CIVIL COVER SHEET; SUMMONS; COMPLAINT; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES; STANDING ORDER RE: INITIAL CASE MANAGEMENT; DISTRICT COURT GUIDELINES; CRIMINAL AND CIVIL LAW AND MOTION/TRIAL/SETTLEMENT/CASE MANAGEMENT/DISMISSAL HEARING SCHEDULE; GENERAL ORDER NO. 40; NOTICE OF ELECTRONIC AVAILABILITY OF CASE FILE INFORMATION; ECF REGISTRATION INFORMATION HANDOUT; GENERAL ORDER NO. 45; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE;

REPORT: Pick up: AT CLIENT'S OFFICE; ; Service on: SURINDER CHAWLA, (B): 1471 INDUSTRIAL AVENUE, SAN JOSE, CA 95112 ** 06/12/2007 @ 4:00PM - WE RECEIVED THE REQUEST FROM THE CLIENT VIA TELEPHONE. PER THE CLIENT, THE DOCUMENTS ARE READY TO BE PICKED UP.; 06/12/2007 @ 4:55PM - WE PICKED UP THE DOCUMENTS FROM THE CLIENT'S OFFICE.; 06/15/2007 @ 12:20PM (B) - WE ATTEMPTED SERVICE AT THE ADDRESS PROVIDED BY THE CLIENT OF 1505 INDUSTRIAL AVENUE, SAN JOSE, CA 95112. THERE IS A STORAGE BUILDING LOCATED AT THIS ADDRESS AND NO BUSINESS OFFICE. THERE IS NO SIGN THAT INDICATES THAT THIS LOCATION IS ASSOCIATED WITH THE SUBJECT OR AC LUMBER.; 06/18/2007 @ 11:17AM - WE LEFT A MESSAGE WITH THE CLIENT'S ANSWERING SERVICE REQUESTING FURTHER INSTRUCTION ON HOW TO PROCEED WITH SERVICE.; 06/19/2007 @ 9:50AM - YESSI WAS STATUSED VIA TELEPHONE.; 06/26/2007 @ 11:19AM - WE LEFT A MESSAGE WITH THE CLIENT'S ANSWERING SERVICE REQUESTING FURTHER INSTRUCTION ON HOW TO PROCEED WITH SERVICE.; 07/24/2007 @ 12:45PM - TELEPHONE CONFERENCE WITH MR. DAL BON. PER MR. DALBON. ATTEMPT SERVICE AT 1471

| FEES AND COSTS: | | | |
|---|---|---|---|
| | 1 | PICK UP (NO CHARGE) | 0.00 |
| | 1 | SPECIAL SERVICE OF PROCESS - SAN JOSE, CA (ADDRESS #1) | 42.00 |
| | 1 | SPECIAL SERVICE OF PROCESS - SAN JOSE, CA (ADDRESS #2) | 42.00 |

DUE AND PAYABLE UPON RECEIPT          **Invoice Total:**          **$84.00**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS)    TELEPHONE NO: | FOR COURT USE ONLY |
|---|---|
| JAMES DAL BON, ESQ.                                (408) 292-1040<br>DAL BON & WANG<br>12 SOUTH FIRST STREET, SUITE 613<br>SAN JOSE, CA 95113<br>ATTORNEY FOR (NAME) Plaintiff | |
| Insert name of court and name of judicial district and branch court, if any:<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE | |
| Plaintiff :<br>AUGUSTIN MARTINEZ, ET AL. | |
| Defendant :<br>AC LUMBER, ET AL. | |

| REFERENCE NO.:<br>60774427 | **NOT FOUND OR NON SERVICE RETURN** | CASE NUMBER:<br>C 07-02710 JF PVT |
|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action. I received the following documents:

AMENDED SUMMONS IN A CIVIL CASE; AMENDED COMPLAINT FOR DAMAGES; PLAINTIFF DEMANDS JURY TRIAL; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CIVIL COVER SHEET; SUMMONS; COMPLAINT; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES; STANDING ORDER RE: INITIAL CASE MANAGEMENT; DISTRICT COURT GUIDELINES; CRIMINAL AND

After due search, careful inquiry and diligent attempts at the following address(es) I have been unable to effect service of said process upon:

**SURINDER CHAWLA**

Residence address (H):UNKNOWN
Business address (B):1471 INDUSTRIAL AVENUE, SAN JOSE, CA 95112

Process is being returned without service for the following reason(s):
06/12/2007 @ 4:00PM - WE RECEIVED THE REQUEST FROM THE CLIENT VIA TELEPHONE. PER THE CLIENT, THE DOCUMENTS ARE READY TO BE PICKED UP.
06/12/2007 @ 4:55PM - WE PICKED UP THE DOCUMENTS FROM THE CLIENT'S OFFICE.
06/15/2007 @ 12:20PM (B) - WE ATTEMPTED SERVICE AT THE ADDRESS PROVIDED BY THE CLIENT OF 1505 INDUSTRIAL AVENUE, SAN JOSE, CA 95112. THERE IS A STORAGE BUILDING LOCATED AT THIS ADDRESS AND NO BUSINESS OFFICE. THERE IS NO SIGN THAT INDICATES THAT THIS LOCATION IS ASSOCIATED WITH THE SUBJECT OR AC LUMBER.
06/18/2007 @ 11:17AM - WE LEFT A MESSAGE WITH THE CLIENT'S ANSWERING SERVICE REQUESTING FURTHER INSTRUCTION ON HOW TO PROCEED WITH SERVICE.
06/19/2007 @ 9:50AM - YESSI WAS STATUSED VIA TELEPHONE.
06/26/2007 @ 11:19AM - WE LEFT A MESSAGE WITH THE CLIENT'S ANSWERING SERVICE REQUESTING FURTHER INSTRUCTION ON HOW TO PROCEED WITH SERVICE.
07/24/2007 @ 12:45PM - TELEPHONE CONFERENCE WITH MR. DAL BON. PER MR. DALBON, ATTEMPT SERVICE AT 1471 INDUSTRIAL AVENUE, SAN JOSE, CA 95112.
07/25/2007 @ 12:50PM (B) - WE ATTEMPTED SERVICE. AAAMECA CONSTRUCTION IS LOCATED AT THIS ADDRESS. THE SUBJECT IS UNKNOWN AT THIS ADDRESS.
07/25/2007 @ 2:40PM - WE LEFT A MESSAGE WITH THE CLIENT'S ANSWERING SERVICE REQUESTING FURTHER INSTRUCTION ON HOW TO PROCEED WITH SERVICE.
07/27/2007 @ 2:30PM - PER MR. DAL BON, CANCEL SERVICE AND RETURN A DECLARATION OF DILIGENCE.

Declarant:
DAVID NORIEGA

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700

Fee :
Registered California process server.
(1) Employee or independent contractor.
(2) Registration no.:1028
(3) County: SANTA CLARA

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 27, 2007                              Signature: _____



**County Legal & Notary Service**
255 North Market Street, Suite 246
San Jose, CA 95110
(408) 295-2700    Fax (408) 295-4520

**SERVICE REPORT/INVOICE**

PLEASE REMIT WITH INVOICE NUMBER.

Invoice Date: 7/27/07

| | |
|---|---|
| Inv #: JP74428 | Case No.: C 07-02710 JF PVT |
| SP#: | Court: U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE |
| Client Code: DA72 | Plaintiff: AUGUSTIN MARTINEZ, ET AL. |
| DAL BON & WANG<br>12 SOUTH FIRST STREET, SUITE 613<br>SAN JOSE, CA 95113<br>Attn: YESSI | Defendant: AC LUMBER, ET AL. |
| Atty: JAMES DAL BON, ESQ. | Ref. No.: NONE SPECIFIED |

DOCUMENT(S): AMENDED SUMMONS IN A CIVIL CASE; AMENDED COMPLAINT FOR DAMAGES; PLAINTIFF DEMANDS JURY TRIAL; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CIVIL COVER SHEET; SUMMONS; COMPLAINT; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES; STANDING ORDER RE: INITIAL CASE MANAGEMENT; DISTRICT COURT GUIDELINES; CRIMINAL AND CIVIL LAW AND MOTION/TRIAL/SETTLEMENT/CASE MANAGEMENT/DISMISSAL HEARING SCHEDULE; GENERAL ORDER NO. 40; NOTICE OF ELECTRONIC AVAILABILITY OF CASE FILE INFORMATION; ECF REGISTRATION INFORMATION HANDOUT; GENERAL ORDER NO. 45; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE;

REPORT: Pick up: AT CLIENT'S OFFICE; ; Service on: AMAR S. CHAWLA, (B): 1471 INDUSTRIAL AVENUE, SAN JOSE, CA 95112 ** 06/12/2007 @ 4:00PM - WE RECEIVED THE REQUEST FROM THE CLIENT VIA TELEPHONE. PER THE CLIENT, THE DOCUMENTS ARE READY TO BE PICKED UP.; 06/12/2007 @ 4:55PM - WE PICKED UP THE DOCUMENTS FROM THE CLIENT'S OFFICE.; 06/15/2007 @ 12:20PM (B) - WE ATTEMPTED SERVICE AT THE ADDRESS PROVIDED BY THE CLIENT OF 1505 INDUSTRIAL AVENUE, SAN JOSE, CA 95112. THERE IS A STORAGE BUILDING LOCATED AT THIS ADDRESS AND NO BUSINESS OFFICE. THERE IS NO SIGN THAT INDICATES THAT THIS LOCATION IS ASSOCIATED WITH THE SUBJECT OR AC LUMBER.; 06/18/2007 @ 11:17AM - WE LEFT A MESSAGE WITH THE CLIENT'S ANSWERING SERVICE REQUESTING FURTHER INSTRUCTION ON HOW TO PROCEED WITH SERVICE.; 06/19/2007 @ 9:50AM - YESSI WAS STATUSED VIA TELEPHONE.; 06/26/2007 @ 11:19AM - WE LEFT A MESSAGE WITH THE CLIENT'S ANSWERING SERVICE REQUESTING FURTHER INSTRUCTION ON HOW TO PROCEED WITH SERVICE.; 07/24/2007 @ 12:45PM - TELEPHONE CONFERENCE WITH MR. DAL BON. PER MR. DALBON. ATTEMPT SERVICE AT 1471

FEES AND COSTS:

| | | |
|---|---|---:|
| 1 | PICK UP (NO CHARGE) | 0.00 |
| 1 | SPECIAL SERVICE OF PROCESS - SAN JOSE, CA (ADDRESS #1) | 42.00 |
| 1 | SPECIAL SERVICE OF PROCESS - SAN JOSE, CA (ADDRESS #2) | 42.00 |

DUE AND PAYABLE UPON RECEIPT        **Invoice Total:**    **$84.00**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS)   TELEPHONE NO: | FOR COURT USE ONLY |
|---|---|
| JAMES DAL BON. ESQ.                          (408) 292-1040<br>DAL BON & WANG<br>12 SOUTH FIRST STREET. SUITE 613<br>SAN JOSE. CA 95113<br>ATTORNEY FOR (NAME) Plaintiff | |
| Insert name of court and name of judicial district and branch court, if any:<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE | |
| Plaintiff :<br>AUGUSTIN MARTINEZ. ET AL. | |
| Defendant :<br>AC LUMBER. ET AL. | |

| REFERENCE NO.:<br>60774428 | **NOT FOUND OR NON SERVICE RETURN** | CASE NUMBER:<br>C 07-02710 JF PVT |
|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action. I received the following documents:
AMENDED SUMMONS IN A CIVIL CASE; AMENDED COMPLAINT FOR DAMAGES; PLAINTIFF DEMANDS JURY TRIAL; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CIVIL COVER SHEET; SUMMONS; COMPLAINT; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES; STANDING ORDER RE: INITIAL CASE MANAGEMENT; DISTRICT COURT GUIDELINES; CRIMINAL AND

After due search, careful inquiry and diligent attempts at the following address(es) I have been unable to effect service of said process upon:

**AMAR S. CHAWLA**

Residence address (H):UNKNOWN
Business address (B):1471 INDUSTRIAL AVENUE. SAN JOSE. CA 95112

Process is being returned without service for the following reason(s):
06/12/2007 @ 4:00PM - WE RECEIVED THE REQUEST FROM THE CLIENT VIA TELEPHONE. PER THE CLIENT, THE DOCUMENTS ARE READY TO BE PICKED UP.
06/12/2007 @ 4:55PM - WE PICKED UP THE DOCUMENTS FROM THE CLIENT'S OFFICE.
06/15/2007 @ 12:20PM (B) - WE ATTEMPTED SERVICE AT THE ADDRESS PROVIDED BY THE CLIENT OF 1505 INDUSTRIAL AVENUE, SAN JOSE, CA 95112. THERE IS A STORAGE BUILDING LOCATED AT THIS ADDRESS AND NO BUSINESS OFFICE. THERE IS NO SIGN THAT INDICATES THAT THIS LOCATION IS ASSOCIATED WITH THE SUBJECT OR AC LUMBER.
06/18/2007 @ 11:17AM - WE LEFT A MESSAGE WITH THE CLIENT'S ANSWERING SERVICE REQUESTING FURTHER INSTRUCTION ON HOW TO PROCEED WITH SERVICE.
06/19/2007 @ 9:50AM - YESSI WAS STATUSED VIA TELEPHONE.
06/26/2007 @ 11:19AM - WE LEFT A MESSAGE WITH THE CLIENT'S ANSWERING SERVICE REQUESTING FURTHER INSTRUCTION ON HOW TO PROCEED WITH SERVICE.
07/24/2007 @ 12:45PM - TELEPHONE CONFERENCE WITH MR. DAL BON. PER MR. DALBON, ATTEMPT SERVICE AT 1471 INDUSTRIAL AVENUE, SAN JOSE, CA 95112.
07/25/2007 @ 12:50PM (B) - WE ATTEMPTED SERVICE. AAAMECA CONSTRUCTION IS LOCATED AT THIS ADDRESS. THE SUBJECT IS UNKNOWN AT THIS ADDRESS.
07/25/2007 @ 2:40PM - WE LEFT A MESSAGE WITH THE CLIENT'S ANSWERING SERVICE REQUESTING FURTHER INSTRUCTION ON HOW TO PROCEED WITH SERVICE.
07/27/2007 @ 2:30PM - PER MR. DAL BON, CANCEL SERVICE AND RETURN A DECLARATION OF DILIGENCE.

Declarant:
DAVID NORIEGA

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700

Fee :
Registered California process server.
(1) Employee or independent contractor.
(2) Registration no.:1028
(3) County: SANTA CLARA

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 27, 2007                          Signature: _____