JAMES DAL BON
CA BAR #157942
DAL BON AND WANG
12 SOUTH FIRST STREET #613
SAN JOSE, CA 95113
TEL (408) 292-1040
FAX (408) 292-1045

ATTORNEY FOR PLAINTIFFS

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| AUGUSTIN MARTINEZ, JULIO JIMENEZ, GUADALUPE SOTO, AND ANGEL LOMELI,<br><br>            PLAINTIFFS,<br><br>      VS.<br><br>AC LUMBER, SURINDER CHAWLA AND AMAR S. CHAWLA, AND DOES 1-10<br><br>            DEFENDANTS | CASE NO:  C07-02710 JF<br><br>1)  MOTION TO MOVE CASE MANAGEMENT CONFERENCE |

**NATURE OF CASE**

This is an action on behalf of AUGUSTIN MARTINEZ, JULIOPlaintiffs move to continue the

Case Management conference for the following reasons:

1) The present Case Management Conference is set for August 31, 2007.

2) On May 22, 2007 Plaintiffs served the complaint on the Defendants in this case.

3) The Plaintiff has attempted to serve the Defendant at his place of business. The Defendant has apparently moved his place of business. See Exhibit 1 The plaintiff's counsel has attempted to find the Defendant's home address over the internet and failed. The plaintiff's counsel has been forced to hire a private investigator to find the defendant.

4) Plaintiff respectfully requests that the Case Management Conference be moved to October 5, 2007 in order to give the Plaintiff's attorney more time to find the Defendant an serve them

Dated August 21, 2007

Respectfully Submitted

____s/jdb_____

James Dal Bon

Attorney for the Plaintiff

DECLARATION OF JAMES DAL BON

1) I declare under the penalty of perjury by the laws of the State of California that

the following is true and correct:

2) The Proofs of Service attached to this Motion and marked Exhibit 1 are true copies of the

Proofs our process server signed in this case.

August 21, 2007

_____s_/jdb_____

James Dal Bon

Attorney for Plaintiff

Dated:      8/29/07

IT IS SO ORDERED,

Honorable United States Court District Judge

Jeremy Fogel