

EXHIBIT 2

NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY
JAMES DAL BON, ESQ.
DAL BON & WANG
12 SOUTH FIRST STREET, SUITE 613
SAN JOSE, CA 95113
Telephone: (408) 292-1040

Attorney for: Plaintiff

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

| AUGUSTIN MARTINEZ, ET AL. | CASE NUMBER |
|---|---|
| Plaintiff, | C 07-02710 JF |
| LUMBER, ET AL. | **DECLARATION OF SERVICE** |
| Defendant. | |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:
AMENDED SUMMONS IN A CIVIL CASE; AMENDED COMPLAINT FOR DAMAGES; SUMMONS IN A CIVIL CASE; COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA, CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; STANDING ORDER RE PRETRIAL PREPARATION; DISTRICT COURT GUIDELINES; ECF REGISTRATION INFORMATION HANDOUT; GENERAL ORDER NO. 40, PROHIBITION OF BIAS; GENERAL ORDER NO. 45, ELECTRONIC CASE FILING; ADR INFORMATION; ORDER OF THE CHIEF IN RE: ELECTRONIC FILING IN CASES WITH UNREPRESENTED PARTIES

In the within action by personally delivering true copies thereof to the person served as follows:

Served         : AMAR S. CHAWLA

By Serving     : Cindy Chawla, Co-Occupant Of The Residence / Subject's Wife

Address        : ( Home )

3739 Arlen Court
San Jose, Ca 95132

Date of Service : September 5, 2007

Time of Service : 2:43PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: September 5, 2007

County Legal & Notary Service
N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700
Registered Santa Clara
Number 1139

Signature: _____
SARAH P. VADEN

**EXHIBIT 3**

292-1045 Fax

Sept. 21, 2007

AMAR CHAWLA
3739 - ARLEN CT.
S.J. Ca. 95132
(408) 482-4951

Re: A.C. LUMBER

Dear Mr. DAL BON,

This is regarding an extension that Mr. CHAWLA asked for the case.

① I just returned from overseas on Sep 19, 2007 & slept for 24 HRS FOR JET LAG.
② I was only a manager at A.C LUMBER
③ Mrs. CHAWLA needs my help to set the records straight and answer your complaint
④ I have never ducked any service of any case
⑤ It was never & is not my business. The business A.C Lumber has been closed for business for some time.

So that the case gets proper attention, I will appreciate if you please extend for at least 2 weeks.

Sincerely,

Amar S Chawla

PAGE 1 OF 1