| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | TELEPHONE NO.: | COURT USE ONLY | PLD-050 |
|---|---|---|---|
| SURINDER CHAWLA / AMAR CHAWLA<br>3739 ARLEN COURT<br>SAN JOSE, CA 95132 | 408/482-4951 | **FILED**<br><br>2007 OCT 24  P 1:02<br><br>RICHARD W. WIEKING<br>CLERK<br>U.S. DISTRICT COURT<br>NO. DIST. OF CA. S.J. | |
| ATTORNEY FOR (Name): | | | |
| NAME OF COURT: UNITED STATES DISTRICT COURT<br>STREET ADDRESS: NORTHERN DISTRICT OF CALIFORNIA<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: SAN JOSE<br>BRANCH NAME: | | | |
| PLAINTIFF: AGUSTINE MARTINEZ, GUADALUPE SOTO<br>JULIO JIMINEZ, ANGEL LOMELI | | | |
| DEFENDANT: SURINDER CHAWLA  A·C·LUMBER<br>AMAR CHAWLA | | | |
| **GENERAL DENIAL** | | CASE NUMBER: C07-02710 JF | |

You MUST use this form for your general denial if the amount asked for in the complaint or the value of the property involved is $1000 or less.

You MAY use this form if:
1. The complaint is not verified, OR
2. The complaint is verified, and the action is subject to the economic litigation procedures of the municipal and justice courts, EXCEPT

You MAY NOT use this form if the complaint is verified and involves a claim for more than $1000 that has been assigned to a third party for collection.

(See Code of Civil Procedure sections 90-100, 431.30, and 431.40).

1. DEFENDANT (name):

   ✓ generally denies each and every allegation of plaintiff's complaint.

2. ☐ DEFENDANT states the following FACTS as separate affirmative defenses to plaintiff's complaint (attach additional pages if necessary):

Date: 10/22/07

SURINDER CHAWLA
(TYPE OR PRINT NAME)




▶ (SIGNATURE OF DEFENDANT OR ATTORNEY)

If you have a claim for damages or other relief against the plaintiff, the law may require you to state your claim in a special pleading called a cross-complaint or you may lose your claim. (See Code of Civil Procedure sections 426.10-426.40.)

The original of this General Denial must be filed with the clerk of this court with proof that a copy was served on each plaintiff's attorney and on each plaintiff not represented by an attorney. (See the other side for a proof of service.)