# UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

## CIVIL MINUTES

**Court Proceedings:** Case Management Conference, December 7, 2007
**Case Number:** CV-07-2710-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:       AUGUSTIN MARTINEZ, ET AL V. AC LUMBER, ET AL

PLAINTIFF                              DEFENDANT

**Attorneys Present:** James Dal Bon          **Attorneys Present:** Surinder Chawla, Pro se
                                              Amar Chawla, Pro se

---

PROCEEDINGS:

Case management conference held.  Parties are present.  Continued to 1/25/08 at 10:30 a.m. for further case management conference.  The parties are referred to Magistrate Judge Seeborg for settlement conference.