| | |
|---|---|
| 1 | JAMES DAL BON #157942 |
| 2 | LAW OFFICES OF JAMES DAL BON |
|   | 28 NORTH 1ST STREET, SUITE 210 |
|   | SAN JOSE, CA 95113 |
| 3 | (408)297-4729 |
| 4 | ATTORNEY FOR PLAINTIFFS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| ) | Case No: |
| Plaintiffs, ) | |
| ) | NOTICE OF CHANGE OF ADDRESS |
| vs. ) | |
| Defendants ) | |

This is to notify the court and all parties that James Dal Bon changed his address from Dal Bon and Wang 12 South First Street #613, San Jose, CA 95113 to:

LAW OFFICES OF JAMES DAL BON
28 NORTH 1ST STREET, SUITE 210
SAN JOSE, CA 95113
(408)297-4729

A substitution of attorney's form will follow shortly.

Dated:

_____jdb_____
James Dal Bon

Notice of Change of Address