JAMES DAL BON
CA BAR #157942
LAW OFFICES OF JAMES DAL BON
28 NORTH FIRST STREET SUITE 210
SAN JOSE, CA 95113
(408)297-4729
ATTORNEY FOR PLAINTIFFS

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

AUGUSTIN MARTINEZ, JULIO JIMENEZ,

GUADALUPE SOTO, AND ANGEL

LOMELI,

       PLAINTIFFS,

    VS.

AC LUMBER, SURINDER CHAWLA AND

AMAR S. CHAWLA, AND DOES 1-10

       DEFENDANTS

CASE NO:  C07-02710 JF

STIPULATION TO CONTINUE CASE
MANAGEMENT CONFERENCE

## DESCRIPTION OF THE CASE

1.    A brief description of the events underlying the action:

This is a simple wage and hour case.  Plaintiffs claim they worked unpaid overtime for defendants as laborers.  Defendants deny they owe any overtime.

Defendants represent themselves pro-per.  A telephone mediation conference was set for January 15, 2008.  The telephone conference is in the process of being rescheduled as the mediator could not reach Plaintiff's counsel since he moved to a new office.

Plaintiff and Defendant have scheduled to meet informally on January 29, 2008 in an attempt to settle this matter.  Plaintiff and Defendant request that the Case Management

1  Conference be moved to March 29, 2008 in order to us more time to settle the matter or mediate

2  it with the court appointed mediator.

3

4

5  January 23, 2008

6

7

8

9  James Dal Bon for Plaintiffs

10

11

12

13  Amar Chawla in pro per

14

15

16

17

18

19

20

21

22

23

24

25

1   It is so ordered:

2

3

4

5

6   Dated:

7

8

9   _____

10   Honorable Jeremy Fogel United States

11   District Court Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25