ALTERNATIVE DISPUTE RESOLUTION PROGRAM
# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

Writer's Direct Contact:
(415) 522-4205
Tim_Smagacz@cand.uscourts.gov

January 29, 2008

James Dal Bon
The Law Offices of James Dal Bon
28 North 1st Street
Suite 210
San Jose, CA 95113

Surinder Chawla
Amar Chawla
3739 Arlen Court
San Jose, CA 95132

RE:      Martinez, et al. v. Lumber, et al.
         C 07-2710 JF

This letter serves as notice that we have rescheduled the ADR Phone Conference in this case to **Thursday, February 7, 2008 at 11:00 a.m.**  The ADR Office will initiate the call to all parties.  If this presents a scheduling issue, please contact me immediately at (415) 522-4205 or email tim_smagacz@cand.uscourts.gov.

Best regards-

Timothy Smagacz
ADR Program Administrative Assistant

**ADR PHONE CONFERENCE**
450 GOLDEN GATE AVENUE ▪ SAN FRANCISCO, CA 94102 ▪ Tel: (415) 522-2199 ▪ Fax: (415) 522-4112
www.adr.cand.uscourts.gov