RECEIVED

MAR 0 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| MARTINEZ, et al., | |
| Plaintiffs, | No. C 07-2710 JF |
| v. | **APPLICATION FOR ASSISTED SETTLEMENT CONFERENCE** |
| LUMBER, et al., | |
| Defendant(s), in Propia Persona. | |

We are the <u>defendants</u> in the above-entitled equal pay action. We request that the court refer this case into the Assisted Settlement Conference Program. In support of this request, we provide the following information:

A.    SUMMARY INFORMATION ABOUT BASIS OF THE CASE

(1)    We filed an equal pay case in the Court against the above-named defendant on: _____

_____ N/A _____.

(2)    We filed this case because the defendant harmed us by (circle any applicable):

a.    failing to employ us.

b.    firing us.

c.    eliminating our positions.

///

///

UNITED STATES DISTRICT COURT
For the Northern District of California

d.    failing to promote us.

e.    demoting us.

f.    disciplining us without reason.

g.    harassing us (or allowing others to harass us) so that working conditions became intolerable.

h.    paying us differently than others doing similar work.

i.    providing different terms, conditions or privileges of employment than others received doing similar work.

j.    other actions (specify): _____ N/A. _____.

k.    taking action/retaliating against us because we complained about any of the above harms.

(3)    For each item that you circled in question #2, above, give one example of when and
N/A    how the defendant took an action that harmed you:

| Item | When | How did defendant do it? (If more space is needed, add additional sheet.) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

N/A
(4)    The defendant took action that harmed us, as we identified in question #2 above; the defendant did so because of (circle any applicable):

1.    our race or color.

2.    our religion.

///

2

UNITED STATES DISTRICT COURT
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3.      our sexes.

4.      our national origins.

5.      our disabilities.

6.      our ages.

7.      other (specify): _____.

(5).    Give an example of how a harm that you suffered, as you indicated in question #2, is related to any discriminatory reason that you marked in question #4.  Do this for each item you mark in questions #2 and #4:

| Harm (Q2) | Discriminatory Reason (Q4) | How do you know that Q4 is the reason defendant did Q2? (If more space is needed, add additional sheet.) |
| --- | --- | --- |
|  |  |  |
|  |  |  |
|  |  |  |

B.      REASONS FOR SEEKING AN ASSISTED SETTLEMENT CONFERENCE

(6)     Have you read the materials on ADR and on Assisted Settlement Conference provided by the Clerk, when you filed the case, or by the court?  Yes ____  (No)

///

///

///

///

3

UNITED STATES DISTRICT COURT
For the Northern District of California

(7)    We are seeking an assisted settlement conference because we hope the process will

(circle any applicable):

(a.)    improve communication between us and the defendant.

b.    help us explain to the defendant the harm the defendant has caused us.

c.    help the defendant explain to us the reason for the actions the defendant took which

harmed us.

d.    help us understand the strengths of our case and the defendant's case.

e.    help us understand the weaknesses of our case and the defendant's case.

f.    help us and the defendant understand if there is anything we agree upon in this

dispute.

g.    help us and the defendant explore any creative solutions to this dispute which the

court might not be able to impose if we go to trial.

(h.)    help us preserve or improve what remains of our personal or business relationship

with the defendant.

i.    provide confidentiality in coming to a resolution of this dispute.

(j.)    tone down the hostility between us and the defendant.

(k.)    help us and the defendant get to the core of the case and sort out the issues in dispute.

l.    help us settle all or part of the dispute.

m.    other reason (specify): _____.

C.    WHY WE NEED AN ATTORNEY TO ASSIST US IN THIS SETTLEMENT

CONFERENCE

(8)    Have you been unable to find an attorney willing to represent you in this case on

terms you can afford? Yes _____ No _____    DID NOT THINK IT WAS

///    NECESSARY BECAUSE THE CHARGES ARE BASELESS

///

///

4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
For the Northern District of California

(9)     We have made a reasonable effort to obtain an attorney to represent us and contacted the following attorneys for this purpose (include additional sheets if necessary):

*ONLY FOR CONSULTATION*

| Attorney Name | Address | Phone Number |
| --- | --- | --- |
|  |  |  |
|  |  |  |
|  |  |  |

We declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____3/2/08_____
Date

_Amar s chawla._
Signature

_AMAR   S   CHAWLA_
Name (Printed)

_____3/2/08_____
Date

_Surinder K Chawla_
Signature

_SURINDER   K   CHAWLA_
Name (Printed)

5