**RECEIVED**

MAR 0 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## Northern District of California

MARTINEZ, et al.
      Plaintiffs,

No. C 07-2710 JF

v.

LUMBER, et al.,
      Defendant(s) in Propia Persona.
_____/

**DECLARATION IN SUPPORT OF APPLICATION FOR ASSISTED SETTLEMENT CONFERENCE**

We, AMAR S CHAWLA, SURINDER K CHAWLA, are the defendants in this case and apply for placement of this case into the court's Assisted Settlement Conference program. In support of this application, we declare as follows:

1. REPRESENTATION. We are not represented by an attorney and no attorney has made an appearance for us in this case.

2. INFORMATION. We have read and considered materials provided about the court's Assisted Settlement Conference Program. We understand the Program involves the court's reference of this case to a settlement conference to be conducted by a magistrate judge.

////

////

////

UNITED STATES DISTRICT COURT
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
For the Northern District of California

3. ASSISTED SETTLEMENT CONFERENCE. We understand that if this case is referred to an Assisted Settlement Conference, we will be offered the assistance of special counsel to help us prepare for, participate in, and pursue follow-up to a settlement conference before a magistrate judge. We also understand that the role of special counsel is only to educate and assist our preparation for, participation in and follow-up to the settlement conference.

4. LIMITED ASSISTANCE. We understand that special counsel may only help our participation in a settlement conference by educating and assisting us. Accordingly, we:

    a.    Understand that special counsel will provide no other service of any kind in this case, without prior written authorization by the court to do so.

    b.    Agree that the scope of special counsel's duties to us will extend no further than is necessary to educate us and assist us to prepare for, participate in, and follow up on the court-annexed settlement conference.

    c.    Acknowledge that special counsel's responsibility to help educate us about the process will not involve any control of the case or the settlement conference.

    d.    Acknowledge and agree that special counsel will not analyze our overall legal needs, conduct independent investigation of our case, or represent us in such matter.

    e.    Understand that special counsel will not advise us about the need to contact other counsel for purposes of obtaining legal advice.

5. PRO SE STATUS. We acknowledge that we continue to provide our own representation in this case and in the settlement conference, and that special counsel will only assist and educate us in this endeavor.

///

///

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
For the Northern District of California

6. NO CONTRACT.  We understand and agree that we have no contractual relationship with special counsel for legal or other services, and that we will enter no contract with special counsel during the time this case is in the Assisted Settlement Conference Program, absent a written order by the court permitting such a contract.

7. EXPERIMENTAL PROGRAM.  We understand that Assisted Settlement Conference is an experimental program.  We have assessed the prospect of participating in a settlement conference and acknowledge that there is no foreseeable harm that we will suffer in the failure of the settlement conference to resolve the case, improve case management, enhance party satisfaction or understanding of the case, or to achieve any other goals of the settlement conference.

8. EVALUATION.  We agree to participate in the evaluation of the Assisted Settlement Conference Program, and to allow any person authorized by the Court to evaluate the Program to attend the settlement conference, all court proceedings concerning the Assisted Settlement Conference Program, and any preparatory or follow-up meetings for the settlement conference.  We further consent to special counsel's responding to any inquiries about the case from any such person authorized by the Court to evaluate the Program.

///

///

///

///

///

///

///

///

///

///

3

1

2     9. We confirm that we have carefully considered the limited assistance provided by the

3   Assisted Settlement Conference Program and confirm that our decision to apply to enter the program

    is made knowing the limited role to be played by special counsel is to provide only education and
4
    assistance in the settlement conference.
5

6     We declare under penalty of perjury under the laws of the State of California that the

7   foregoing is true and correct.

8     *3/2/08*                              *Amar S. Chawla*

9   Date                                    Signature

10

11                                          *AMAR   S  CHOWLA*

12                                          Name (Printed)

13

14    *3/2/08*                              *Surinder K Chawla*

15  Date                                    Signature

16

17                                          *SIRINDER  K  CHAWLA*

18                                          Name (Printed)

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
For the Northern District of California