JAMES DAL BON
CA BAR #157942
LAW OFFICES OF JAMES DAL BON
28 NORTH 1ST STREET SUITE 210
SAN JOSE, CA 95113
(408)297-4729

ATTORNEY FOR PLAINTIFFS

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUSTIN MARTINEZ, JULIO JIMENEZ, GUADALUPE SOTO, AND ANGEL LOMELI,<br><br>PLAINTIFFS,<br><br>VS.<br><br>AC LUMBER, SURINDER CHAWLA AND AMAR S. CHAWLA, AND DOES 1-10<br><br>DEFENDANTS | CASE NO: C07-02710 JF<br><br>STIPULATION TO MOVE CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER<br><br>JUDGE: HONORABLE JEREMY FOGEL<br>DATE: 3/28/08<br>TIME: 10:00AM |

The Parties Stipulate that the Cases Management Conference set for March 28, 2008 be reset for May 30, 2008 at the same. Defendant Amar Chawla has applied for pro per counsel to represent him at the mediation through the Northern District Court's ADR Program. We are still waiting for a response. Once counsel volunteers to represent Mr. Chawla at the mediation, we will proceed with the process. We respectfully request that the Case Management Conference be held over for another sixty days for this to occur.

COMPLAINT - 1

1  Dated March 26, 2008
2  Respectfully Submitted
3  __s/jdb__ _____
4  James Dal Bon
5  Attorney for the Plaintiffs
6
7  Dated 3/27/08
8  Respectfully Submitted
9
10 _Amar S Chawla_____
11 Amar Chawla in pro per Defendant

1 | Dated: 3/27/08
2 |
3 | It is so ordered:
4 | *[signature]*
5 | _____
6 | Honorable District Court Judge
7 | Jeremy Fogel