**\*E-FILED 4/14/08\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AUGUSTIN MARTINEZ, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>AC LUMBER, et al.,<br><br>　　　　　Defendants. | Case No.  C 07-02710 JF (RS)<br><br>**ORDER ASSIGNING CASE TO ASSISTED SETTLEMENT CONFERENCE PROGRAM** |

　　　An unrepresented party in this case has applied to participate in the court's pilot Assisted Settlement Conference Program.  Based on the Court's review of the unrepresented party's Declaration in Support of Application for Assignment to the Assisted Settlement Conference Program, the record in this case, and the unrepresented party's acknowledgment of the limited representation to be provided by Settlement Counsel,

　　　IT IS HEREBY ORDERED:

Case No.  C 07-02710 JF (RS)

ORDER ASSIGNING CASE TO ASSISTED SETTLEMENT
CONFERENCE PROGRAM

1.   That the case be assigned to the Assisted Settlement Conference Program and a settlement conference shall take place in accordance with the Alternative Dispute Resolution Local Rules of this court; and

2.   That Settlement Counsel shall be appointed for the limited purpose of representing the unrepresented party in the preparation for a settlement conference in this case.

Dated: April 14, 2008

_____
United States Magistrate Judge

Case No.  C 07-02710 JF (RS)

ORDER ASSIGNING CASE TO ASSISTED SETTLEMENT
CONFERENCE PROGRAM                                        2

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

James Dal Bon    jdblaw@earthlink.net

**AND A COPY OF THIS ORDER WAS MAILED TO:**

Amar S. Chawla
3739 Arlen Court
San Jose, CA 95132

Surinder Chawla
3739 Arlen Court
San Jose, CA 95132

Robert Mezzetti, Esq.
Mezzetti Law Firm
31 East Julian Street
San Jose, CA 95112

Dated: April 14, 2008

                                      /s/ BAK
                                    Chambers of Magistrate Judge Richard Seeborg

**United States District Court**
For the Northern District of California

Case No. C 07-02710 JF (RS)

ORDER ASSIGNING CASE TO ASSISTED SETTLEMENT
CONFERENCE PROGRAM                3