**\*E-FILED 4/14/08\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AUGUSTIN MARTINEZ, et al.,<br><br>                    Plaintiffs,<br><br>          v.<br><br>AC LUMBER, et al.,<br><br>                    Defendants. | Case No.   C 07-02710 JF (RS)<br><br>**ORDER APPOINTING<br>SETTLEMENT COUNSEL** |

The court having ordered that this case be assigned to the Assisted Settlement Conference Program, and an unrepresented party having requested and being in need of counsel to assist him or her in the settlement conference, and a volunteer attorney willing to be appointed for the limited purpose of representing the unrepresented party in the settlement conference having been located by the court,

IT IS HEREBY ORDERED THAT:

1  **ROBERT MEZZETTI** is appointed Settlement Counsel. This appointment shall be
2 pursuant to the terms of the Declaration in Support of Application for Assignment to the Assisted
3 Settlement Conference Program. This appointment and limited representation shall end upon the
4 completion of the settlement conference and any follow-up activities ordered by the settlement
5 judge.
6  Settlement Counsel shall notify the court promptly upon the completion of the settlement
7 conference and any follow-up activities. The court shall then issue an order relieving the Settlement
8 Counsel from his or her limited representation of the unrepresented party.
9  IT IS SO ORDERED.
10 Dated: April 14, 2008

_____
United States Magistrate Judge

Case No. C 07-02710 JF (RS)
ORDER APPOINTING
SETTLEMENT COUNSEL                                 2

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

James Dal Bon    jdblaw@earthlink.net

**AND A COPY OF THIS ORDER WAS MAILED TO:**

Amar S. Chawla
3739 Arlen Court
San Jose, CA 95132

Surinder Chawla
3739 Arlen Court
San Jose, CA 95132

Robert Mezzetti, Esq.
Mezzetti Law Firm
31 East Julian Street
San Jose, CA 95112

Dated: April 14, 2008

    /s/ BAK
Chambers of Magistrate Judge Richard Seeborg

Case No. C 07-02710 JF (RS)
ORDER APPOINTING
SETTLEMENT COUNSEL                              3