```
1  JAMES DAL BON
2  LAW OFFICES OF JAMES DAL BON
   28 NORTH 1ST STREET SUITE 210
3  SAN JOSE, CA 95113
   (408)297-4729
4
5
6              UNITED STATES DISTRICT COURT
7             FOR DISTRICT OF NORTHERN CALIFORNIA
8                    SAN JOSE DIVISION
```

| | |
|---|---|
| Augustine Hernandez et al | CASE NO. 08-cv-00665-JF 07-2710-JF |
| vs | FIFTH MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE |
| AC Lumber. et al | 5/30/08 |
| | 10:30 am |

Plaintiffs by and through their counsel of record, hereby request that the Case Management Conference be continued for the following good cause:

1. This is the fifth request to continue the Case Management Conference.
2. The Defendants are representing themselves in this case.
3. On April 14, 2008 the court appointed counsel Robert Mezzetti to represent the pro per Defendants in pro per at a settlement conference.
4. The settlement conference has not been set by the court at this time.

Notice of settlement

PAGE 1

1.    5. Plaintiff requests that the Case Management Conference be rescheduled for August 29th 2008 to allow time for completion of the settlement conference.

Dated: 5/20/08                                       By:_____/s/jdb_____
                                                                              James Dal Bon
                                                                              Attorney for Plaintiffs

Notice of settlement

1  Dated:   5/23/08

3  It is so ordered.

    _____
    Honorable District Court Judge Jeremy Fogel

27  Notice of settlement