**\*E-FILED 9/25/08\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUSTINE MARTINEZ, et al., | No. C 07-02710 JF (RS) |
| Plaintiffs, | **ORDER SETTING FURTHER SETTLEMENT CONFERENCE** |
| v. | |
| AC LUMBER, et al., | |
| Defendants. | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a further settlement conference is scheduled for **September 30, 2008**, **at 1:30 p.m**, Courtroom 4, 5th Floor, 280 South First Street, San Jose, California. In preparation for the conference, the procedures set forth below are to be followed:

**Lead trial counsel** shall appear at the Settlement Conference with the parties and with the person or persons having **full authority** to negotiate and to settle the case. In all cases in which a party is insured, the carrier's claims representative and attorney, if any, with **full authority** to negotiate up to the limits of coverage shall also appear in person at the Settlement Conference.

The parties shall notify Magistrate Judge Seeborg's Chambers **immediately** at 408/535-5357 if this case settles prior to the date set for further settlement conference.

IT IS SO ORDERED.

Dated: 9/25/08

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO**

James Dal Bon     jdblaw@earthlink.net

Robert Louis Mezzetti , II    rob@mezzettilaw.com, jam@mezzettilaw.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

**AND A COPY OF THIS ORDER WAS MAILED TO:**

Amar S. Chawla
3739 Arlen Court
San Jose, CA 95132

Surinder Chawla
3739 Arlen Court
San Jose, CA 95132

Dated: 9/25/08

                     CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

                     By:    /s/ *BAK*