**\*E-FILED 10/7/08\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AUGUSTINE MARTINEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AC LUMBER, et al., <br><br> Defendants. | Case No.   C 07-02710 JF (RS) <br><br> **ORDER TERMINATING SETTLEMENT COUNSEL PARTICIPATION IN THE ASSISTED SETTLEMENT CONFERENCE PROGRAM** |

The above-entitled action was placed in the Assisted Settlement Conference Program.  Upon the application by an unrepresented party, Settlement Counsel was designated to educate and assist the unrepresented party in preparation for, participation in, and follow up to a settlement conference in this case.

The settlement conference has concluded, and no further session or follow up is contemplated.  Accordingly, the court now removes this case from the Assisted Settlement Conference Program.  This terminates any further responsibilities of Settlement Counsel in this case.

Case No.  C 07-02710 JF (RS)
ORDER TERMINATING SETTLEMENT COUNSEL
PARTICIPATION IN ASSISTED SETTLEMENT
CONFERENCE PROGRAM

1  The court extends its thanks to Settlement Counsel for counsel's efforts in the Assisted
2  Settlement Conference Program, furthering the administration of justice in the Northern District of
3  California.
4  IT IS SO ORDERED.
5  Dated: October 7, 2008

_____
United States Magistrate Judge

Case No.  C 07-02710 JF (RS)
ORDER TERMINATING SETTLEMENT COUNSEL
PARTICIPATION IN ASSISTED SETTLEMENT
CONFERENCE PROGRAM                                               2

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

**Counsel for Plaintiff(s)**

James Dal Bon     jdblaw@earthlink.net

Robert Louis Mezzetti , II     rob@mezzettilaw.com, jam@mezzettilaw.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

**AND A COPY OF THIS ORDER WAS MAILED TO:**

Amar S. Chawla
3739 Arlen Court
San Jose, CA 95132

Surinder Chawla
3739 Arlen Court
San Jose, CA 95132

Dated: October 7, 2008

/s/ BAK
Chambers of Magistrate Judge Richard Seeborg

Case No.  C 07-02710 JF (RS)
ORDER TERMINATING SETTLEMENT COUNSEL
PARTICIPATION IN ASSISTED SETTLEMENT
CONFERENCE PROGRAM                                3

**United States District Court**
For the Northern District of California