Law Offices of James Dal Bon
James Dal Bon, CA# 157942
Jacob Sider, CA 236084
28 North First Street, Suite 210
San Jose, CA 95113
(408) 297-4729
jdblaw@earthlink.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE DIVISION)

| | |
|---|---|
| AUGUSTIN MARTINEZ, et al., | Case No.: C 07 02710 JF |
| Plaintiffs, vs. | NOTICE OF APPEARANCE OF COUNSEL |
| AC LUMBER, et al., | |
| Defendants | |

To the Clerk of the Court:

Please add Jacob Sider (of the Law Offices of James Dal Bon) as an attorney of record for Plaintiffs in the above-titled matter. Please send electronic notifications to jacobsider@gmail.com.

I have mailed copies of this notice of appearance to Defendants at the following address: 3739 Arlen Court, San Jose, CA 95132.

February 6, 2009

_____
Jacob Sider
L/O James Dal Bon

1