1

2        **E-Filed 10/28/2009**

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11

12   AUGUSTINE MARTINEZ, et al.,          Case Number C 07-2710 JF

13                   Plaintiffs,          ORDER DIRECTING THAT CASE BE
                                          REASSIGNED TO MAGISTRATE
14          v.                            JUDGE TRUMBULL

15   AC LUMBER, et al.,

16                   Defendants.

17

18

19          The parties having consented to reassignment to a magistrate judge, and the case having

20   been referred to Magistrate Judge Trumbull for trial, the Clerk's Office is directed to reassign the

21   case to Magistrate Judge Trumbull for all purposes.

22          IT IS SO ORDERED.

23

24

25   DATED:  10/28/2009

26

27                                        _____
     JEREMY FOGEL
28   United States District Judge

1    Copies of Order served on:

2

3    Jacob William Sider      jacobsider@gmail.com

4    James Dal Bon      jdblaw@earthlink.net

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No. C 07-2710 JF
ORDER DIRECTING THAT CASE BE REASSIGNED TO MAGISTRATE JUDGE TRUMBULL
(JFLC2)